

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00520-CV

Thilo **BURZLAFF,** M.D., P.A., and Tamela Arabit-Burzlaff,
Appellants

v.

Janet M. **WEBER,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI03358
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file reply brief is granted. The appellant's reply brief is due on December 20, 2017. No further extensions of time will be granted.

It is so **ORDERED** on this 8th day of December, 2017.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court